UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| ROBERT ANTHONY WILLIAMS<br>  Plaintiff,<br><br>v.<br><br>TENNESSEE DEPARTMENT OF<br>CORRECTION, et al.<br>  Defendants. | No. 1:15-0059<br>SENIOR JUDGE HAYNES |

## MEMORANDUM

Plaintiff, Robert Anthony Williams, an inmate at the South Central Correctional Center in Clifton, Tennessee, filed this action under 42 U.S.C. § 1983 against the Defendants: the Tennessee Department of Correction ("TDOC"); the Arkansas Department of Correction ("ADOC"); Mark Bannsen, a Parole Officer; members of the staff at the South Central Correctional Center ("SCCC"); and members of the Tennessee Board of Paroles. Plaintiff seeks injunctive relief asserting that his sentence expired on April 22, 2015 resulting in his being illegally held in custody by the Defendants.

Where a prisoner's Section 1983 claim would render his continuing confinement invalid, Plaintiff's Section 1983 claim is not ripe until his conviction has been reversed on direct appeal, expunged by executive order, declared invalid by a state tribunal, or has been called into question by a federal court's issuance of a writ of habeas corpus. Heck v. Humphrey, 512 U.S. 477 (1994).

Plaintiff does not allege that he has successfully challenged the validity of his confinement in either a state or federal court. Therefore, the Plaintiff's claims are not yet cognizable as a § 1983 action. Plaintiff's remedy is an action under 28 U.S.C. § 2254, assuming Plaintiff has exhausted his state remedies. In the absence of a cognizable claim, the Court must dismiss this action *sua sponte*. 28 U.S.C. § 1915(e)(2).

1

An appropriate Order is filed herewith.

**ENTERED** this the _13th_ of July, 2015.

_____
WILLIAM J. HAYNES, JR.
Senior United States District Judge